AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**MICHAEL MOORE,**
      **Petitioner,**

vs.         Case Number: **05-2177**

**UNITED STATES OF AMERICA,**
      **Respondent.**

☐ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence is denied.

ENTER this 14th day of February, 2006.

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ M. Talbott
BY: DEPUTY CLERK